# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC HILLIARD

NO. 2020 KW 0188

MAY 2 8 2020

---

In Re:   Eric Hilliard, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 06-00-584.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                            PMc
                            JEW
                            GH

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT